# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANTHONY CHANEY

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.   2024 CW 1325

**MARCH 14, 2025**

---

In Re:   Anthony Chaney, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge, No.
         742304.

---

**BEFORE:   THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT DENIED.** This matter is proceeding toward disposition in
the district court. A briefing order was signed by the district
court on November 19, 2024.

**MRT**
**CHH**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT